(No. 1758.)

*Filed May 3, 1932.*

CARL LITTLEJOHN *vs.* STATE OF ILLINOIS.

OSCAR E. CARLSTROM, Attorney General and CARL DIETZ, Assistant Attorney General, for the State.

Mr. JUSTICE THOMAS delivered the opinion of the court:

After a careful consideration of the petition for a rehearing in the above case we find nothing in the petition that was not carefully considered and passed on by the court in the original opinion in this case.

The decision heretofore rendered in this case is therefore affirmed and the petition for rehearing is denied.